[No. 15465-3-III.    Division Three.    November 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. F.J.S., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 94-1-00475-4, Evan E. Sperline, J., entered January 8, 1996. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 15521-8-III.    Division Three.    November 13, 1997.]

*In the Matter of the Marriage of* STEPHEN EARL TWIGGS, *Respondent*, and BARBARA ANN TWIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-3-00187-2, Tari S. Eitzen, J., entered January 17, 1996. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 15619-2-III.    Division Three.    November 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC B. MARKS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-8-00051-1, Richard J. Schroeder, J., entered March 26, 1996. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Kurtz, J., and Zagelow, J. Pro Tem.

[No. 15687-7-III.    Division Three.    November 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN T. MARTINDALE, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-1-00969-6, John E. Bridges, J., entered April 15, 1996. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kurtz and Brown, JJ.